■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JENNIFER WILLIAMS, Appellant. [28 NYS3d 349]—Appeal from a judgment of the County Court of Franklin County (Main Jr., J.), rendered March 3, 2014, convicting defendant upon her plea of guilty of the crime of attempted promoting prison contraband in the first degree.

In satisfaction of a multicount indictment, defendant pleaded guilty to the reduced charge of attempted promoting prison contraband in the first degree, waived her right to appeal and was sentenced, as a second felony offender, in accordance with the plea agreement to the minimum prison term of 1½ to 3 years. Defendant now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record, we agree. Therefore, the judgment is af-

firmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

McCarthy, J.P., Garry, Rose and Devine, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.